**Marie-Ann Greenberg**
**Chapter 13 Standing Trustee**
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

April 25, 2023

The Honorable VINCENT F. PAPALIA
US Bankruptcy Court
Martin Luther King Federal Building
50 Walnut St., Third Floor
Newark, NJ   07102

RE:     EDDIE A GOENAGA
        Case No.:   22-18661

Dear Judge VINCENT F. PAPALIA:

Please be advised that the Trustee's Trustee's Motion to Dismiss Case filed on 4/25/2023, Docket #33, in connection with the above-captioned matter, is being withdrawn because Debtor(s) provided their 2022 tax return. At this time there are no additional amounts require to be paid into the plan at this time.  Debtor(s) are to continue on making their regular monthly payments. .

Respectfully Submitted,

/S/ Marie-Ann Greenberg
Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee